**Order entered June 21, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00083-CV

## IN THE INTEREST OF D.A., T.A., Y.A., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-10975**

## ORDER

By postcard dated May 12, 2021, we directed court reporter Yolanda Atkins to file (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification the record has not been requested. To date, Ms. Atkins has not responded. Accordingly, we **ORDER** Ms. Atkins to file the record or requested verification no later than July 6, 2021. Because the clerk's record includes a statement of inability to afford costs filed by appellant and nothing before the Court reflects appellant has been ordered to pay costs, any record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

*We caution appellant that the appeal may be submitted without the reporter's record should Ms. Atkins inform the Court the record has not been requested.  See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Atkins and the parties.

/s/    BONNIE LEE GOLDSTEIN
           JUSTICE